# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: CV 19-08196 AB (JEMx) | Date: March 26, 2020 |
|---|---|

Title: *Brian Whitaker v. Renee Rochelle Cohen et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On February 5, 2020, the Court granted the parties' stipulation to continue the mediation deadline to March 18, 2020 and ordered the parties to file a joint status report by March 25, 2020. As of the date of this order, no report has been filed. The Court previously admonished Plaintiff and counsel for not filing a court-ordered report and for often failing to prosecute their cases unless prompted by the Court. *See Brian Whitaker v. Shahnaz Jabbar, et al.*, CV 19-01909 AB (SKx), Dkt. No. 21 (order to show cause). Despite that order, Plaintiff has again failed to file a timely report. As previously observed, Plaintiff initiated this case and therefore bears the burden of prosecuting it, and, accordingly, of ensuring that required joint filings are timely filed. The Court therefore **ORDERS** Plaintiff to show cause **within 3 court days** of the issuance of this Order why this case should not be dismissed for failure to prosecute. If Plaintiff does not respond timely or satisfactorily, the case will be dismissed without further notice. The Court incorporates by reference the warning previously provided in the OSC referenced above from CV 19-01909 AB (SKx). **SO ORDERED**.